IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KAREN MCCHORD                                                                               PLAINTIFF

vs.                                       Civil No. 4:16-cv-04113

NANCY A. BERRYHILL                                                                          DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 15th day of December 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE